ELLEN F. ROSENBLUM
Attorney General
BIJAL C. PATEL #224694
YOUNGWOO JOH #164105
Assistant Attorneys General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email:  Bijal.C.Patel@doj.state.or.us
              YoungWoo.Joh@doj.state.or.us

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JEFFERSON PACKING HOUSE, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>TINA KOTEK, in her official capacity as Governor of the State of Oregon, ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon, and CRAIG PRINS, in his official Capacity as Interim Executive Director of the Oregon Liquor and Cannabis Commission,<br><br>    Defendants. | Case No.  3:22-cv-01776-AR<br><br>DEFENDANTS' NOTICE OF ADDITIONAL AUTHORITY |

Defendants hereby provide notice of additional authority from the United States Supreme Court, issued on May 11, 2023, in *National Pork Producers Council v. Ross, et al.*, 143 S.Ct. 1142 (2023).  This new controlling authority came to Defendants' attention after the filing of their Reply in Support of Motion to Dismiss (ECF 21) on April 21, 2023.  The opinion is relevant additional authority, because it holds that a dormant Commerce Clause challenge must

Page 1 -    DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
       SMV/mm8/

fail if it does not validly identify any protectionism of in-state businesses or discrimination against out-of-state businesses.

Specifically, in *National Pork*, the Supreme Court considered a dormant Commerce Clause challenge to a California law (Proposition 12) that forbid in-state sale of pork produced from animals "confined in a cruel manner." The Supreme Court rejected the challenge. In reaching that decision, the Court reiterated that the "antidiscrimination principle lies at the 'very core' of [its] dormant Commerce Clause jurisprudence," such that no state may use its laws to discriminate purposefully against out-of-state economic interests. *Nat'l Pork*, 143 S.Ct. at 1153. Thus, if a state regulation does not discriminate against out of state commerce or function as a protectionist measure, the dormant Commerce Clause does not inhibit the state's regulatory authority. *Id.* Because the challengers did not allege that Proposition 12 "advantage[d] in-state firms or disadvantage[d] out-of-state rivals," the Court held that "the dormant Commerce Clause . . . [was] not at issue." *Id.* at 1153 (quotation marks and ellipses omitted).

The opinion is therefore relevant additional authority for Defendants' Motion to Dismiss Plaintiff's Complaint (ECF 7).

DATED June __5__, 2023.

Respectfully submitted,

ELLEN F. ROSENBLUM
Attorney General

   *s/ Bijal C. Patel*
BIJAL C. PATEL #224694
YOUNGWOO JOH #164105
Assistant Attorneys General
Trial Attorneys
Tel (971) 673-1880
Fax (971) 673-5000
Bijal.C.Patel@doj.state.or.us
YoungWoo.Joh@doj.state.or.us
Of Attorneys for Defendants Kotek, Rosenblum, and Prins

Page 2 -    DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS
SMV/mm8/