# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| JEFFERSON PACKING HOUSE, LLC, | Case No. 3:22-cv-01776-AR |
| Plaintiff, | |
| v. | NOTICE OF VOLUNTARY DISMISSAL |
| TINA KOTEK, in her official capacity as Governor of the State of Oregon, ELLEN ROSENBLUM, in her official capacity as Attorney General of the State of Oregon, and CRAIG PRINS, in his official Capacity as Interim Executive Director of the Oregon Liquor and Cannabis Commission, | |
| Defendants. | |

Pursuant to Fed. R. Civ. 41(1)(A)(i), Plaintiff Jefferson Packing House, LLC hereby provides notice of its voluntary dismissal of the above captioned matter, without prejudice.

DATED this 24th day of January, 2024.

**ANDREW DEWEESE, PC**

By: */s/ Andrew DeWeese*
Andrew DeWeese, OSB 136332
3055 SW Yeon Avenue, #527
Portland, Oregon 97210
andrew@andrewdeweese.com
Telephone: (971) 303-0351
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on the parties herein by notice of electronic filing using the CM/ECF system.

Bijal C. Patel
Oregon Department of Justice
1162 Court Street NE
Salem, OR 97301
bijal.c.patel@doj.state.or.us
*Of Attorneys for Defendants*

DATED this 24th day of January, 2024.

**ANDREW DEWEESE, PC**

By: */s/ Andrew DeWeese*
Andrew DeWeese, OSB 136332
3055 SW Yeon Avenue, #527
Portland, Oregon 97210
andrew@andrewdeweese.com
Telephone: (971) 303-0351
*Attorney for Plaintiff*